CORKLITE COMPANY, INC., Plaintiff, v. THE RELL REALTY CORPORATION, Defendant. ISAAC GOLDBERG and Others, Respondents; CAPITAL CITY SURETY COMPANY, Appellant. LOUIS BARON and HYMAN LEBOW, Plaintiffs, v. THE RELL

REALTY CORPORATION and Others, Defendants. ISAAC GOLDBERG and Others, Respondents; CAPITAL CITY SURETY COMPANY, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.